IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROGER DALE SMITH**  **PLAINTIFF**
**ADC #600437**

v.   CASE NO. 3:20-CV-00126 BSM

**FAYE BROWN,** *et al.*   **DEFENDANTS**

## ORDER

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of May, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE